TITLE GUARANTEE AND TRUST COMPANY, as Trustee, Respondent, v. QUEENS LAND AND TITLE COMPANY, Appellant, and KINGS COUNTY TRUST COMPANY, Respondent, and Others. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ., concurred.

GEORGE WIFFENBACH, Respondent, v. THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

*Decisions by the Presiding Justice upon Applications to Appeal from the Appellate Term.*

MAX GOLDSCHLAG, Respondent, v. THE L. B. SCHINDLER SHOE COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

MAX B. JUDITSKY and ALBERT JUDITSKY, Respondents, v. SMITH & NESSLE COMPANY, INC., Appellant.— Application denied, with ten dollars costs.

HARRY L. LATSHAW, Respondent, v. JULIUS BLUM, Appellant.— Application denied, with ten dollars costs.

THE QUAKER OATS COMPANY, Plaintiff, v. WILLIAM H. D. NORTH.— Application denied, with ten dollars costs.

PHILIP SPALLETTA, Respondent, v. ALPHONZO SMITH, Appellant.— Application denied, with ten dollars costs.

SIGMUND SPIER, Appellant, v. PAUL BUNKIN, etc., Respondent.—Application denied, with ten dollars costs.

NEW YORK UTILITY COMPANY, Appellant, v. WILLIAMSBURGH STEAM LAUNDRY COMPANY, Respondent.— Application denied, without costs.

TITLE GUARANTEE AND TRUST COMPANY, Appellant, v. WILLIAM P. MALONEY and EDWARD HARDING, Respondents.— Application denied, without costs.

---

## THIRD DEPARTMENT, MARCH, 1918.

THE PEOPLE OF THE STATE OF NEW YORK v. HEMAN E. BAKER.

PER CURIAM: This is an application for reargument of this case, which was decided November, 1917. (180 App. Div. 275.) It is urged that the assessment rolls should appear before the court to enable it to determine as to the legality of the tax. The court does not receive the assessment rolls, but prefers to modify its former opinion and decision and base the reversal solely upon the ground that the premises were occupied at the time of the sale and at the expiration of the time to redeem and no notice to redeem was given to the occupant. All concurred. Motion for reargument denied, and decision modified as per opinion.